IN THE UNITED STATES DISTRICT COURT
WESTERN DISTICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                         Case No. 4:20-cr-40006

SHUNTERRENCE TRAMMEL                                                                          DEFENDANT

**ORDER**

  Before the Court is Defendant's Motion for Early Termination of Supervised Release. ECF No. 34. The Government Responded. ECF No. 37. The Court finds the matter ripe for consideration.

  On February 4, 2021, Defendant pled guilty to one count of failing to register as a sex offender in violation of 18 U.S.C. § 2250(a). ECF Nos. 1 & 23. On June 4, 2021, the Court sentenced Defendant to twelve (12) months and one day imprisonment with credit for time served in federal custody, five (5) years supervised release. ECF No. 32. On June 24, 2021, Defendant began his term of supervised release in the Western District of Arkansas.

  On June 14, 2024, Defendant filed the instant motion seeking termination of his period of supervised release. Defendant argues that his term of imprisonment and completed time under supervision has achieved its deterrence and rehabilitative goals. Defendant further contends that he has maintained a productive and lawful lifestyle and has adhered to all conditions of his release. Defendant has served approximately three years of his five-year term of supervision.

  Responding in opposition, the Government emphasizes Defendant's past criminal history. The Government notes that Defendant has prior convictions for abusive sexual contact with a minor and failure to register as a sex offender, which indicates that he poses a risk to the community if his term of supervised release is ended prematurely. The Government also notes

that Defendant previously engaged in significant interstate travel despite knowing of prior registration obligations and contends that this demonstrates Defendant's general disregard for his legal obligations.

The United States Probation Office ("USPO") also provided the Court with its assessment of Defendant's request. The USPO notes that Defendant has complied with all conditions of his release and has maintained a stable residence and employment. However, in light of Defendant's criminal history, the USPO recommends that Defendant remain under supervision.

The Court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider the factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. 18 U.S.C. § 3583(e). Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner. 18 U.S.C. § 3553(a).

Evaluating the factors listed above, the Court finds that the particulars of Defendant's criminal history and the need to provide Defendant with proper correctional treatment precludes terminating Defendant's period of supervised release at this time. Accordingly, the Court finds that Defendant's Motion for Early Termination of Supervised Release (ECF No. 34) should be and is hereby **DENIED**.

**IT IS SO ORDERED**, this 2nd day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge